1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CATHERINE KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  Attorneys for Defendants
   Steven Clontz, Gary Hromadko, Scott Kriens,
8  William Luby, Irving Lyons, III, Christopher
   Paisley, Stephen Smith, Peter Van Camp and
9  nominal defendant Equinix, Inc.

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JOSEPH STOPA, derivatively on behalf of Nominal Defendant, EQUINIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN CLONTZ, GARY HROMADKO, SCOTT KRIENS, WILLIAM LUBY, IRVING LYONS, III, CHRISTOPHER PAISLEY, STEPHEN SMITH, PETER VAN CAMP, <br><br> Defendants. <br><br> and <br><br> EQUINIX, INC., <br><br> Nominal Defendant. | Case No.  11-CV-02467-SC <br><br> Derivative Action <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION, EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

   This stipulation is entered into by and among plaintiff Joseph Stopa ("Plaintiff") and

defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III,

Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc.

STIPULATION AND [PROPOSED] ORDER
RE: STAY, EXTENSION OF TIME TO                                CASE NO. 11-CV-02467-SC
RESPOND AND CONTINUING CMC

(collectively, "Defendants"), by and through their respective attorneys of record;

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, Defendants have through and including July 26, 2011 to move, plead or otherwise respond to Plaintiffs' current complaint ("Current Complaint");

WHEREAS, a related putative shareholder class action complaint, entitled *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.), was filed in this Court on March 4, 2011 against Equinix and certain officers and directors under the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, pursuant to the PSLRA, motions for Lead Plaintiff and Lead Counsel have been filed in the *Cement Masons* case;

WHEREAS, pursuant to an order of this Court in *Cement Masons*, a consolidated and/or amended complaint will be filed following appointment of Lead Plaintiff and Lead Counsel, and all other proceedings in *Cement Masons* are stayed in the interim;

WHEREAS, in an effort to assure consistent rulings and decisions, promote coordination between the related federal shareholder class action and this putative shareholder derivative action, avoid needless motion practice, avoid unnecessary duplication of effort, and conserve the Court's and parties' resources, the parties have agreed to temporarily stay the above-captioned action until a consolidated and/or amended complaint is filed in *Cement Masons*;

WHEREAS, a case management conference is currently set for September 9, 2011;

WHEREAS, in light of the foregoing, the parties believe that a case management conference at this point would serve no purpose and would result in the needless expenditure of private and judicial resources, and that the initial case management conference in this action should be continued and have conferred with the Court and have been informed that November 18, 2011, at 10:00 a.m. is a convenient date for the case management conference;

///

///

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The parties agree to temporarily stay the above-captioned action until a consolidated and/or amended complaint is filed in *Cement Masons*. The Parties currently anticipate that the consolidated and/or amended complaint in the *Cement Masons* case will be filed forty-five (45) days after the date on which this Court appoints a lead plaintiff in the *Cement Masons* case. On June 22, 2011, the clerk of this Court issued a notice in the *Cement Masons* case informing the parties that the motion to appoint lead plaintiff and lead counsel is submitted for a decision on the pleadings and that no oral argument will be held on that motion.

2. Defendants shall have no obligation to respond to the Current Complaint at this time.

3. Plaintiff shall have until thirty (30) days after the date for the filing of a consolidated and/or amended complaint in *Cement Masons* to file an amended complaint ("Amended Complaint") or to designate his current complaint as the operative complaint ("Operative Complaint").

4. Defendants shall have thirty (30) days after an Amended Complaint is filed or an Operative Complaint is designated to move, plead or otherwise respond to the Amended or Operative Complaint.

5. The case management conference presently scheduled for September 9, 2011 is continued to November 18, 2011, at 10:00 a.m.

///
///
///
///
///
///
///
///

Dated: July 7, 2011

FENWICK & WEST LLP

By: _____
Catherine Kevane

FENWICK & WEST, LLP

Attorneys for Defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Kamp and nominal defendant Equinix, Inc.

Dated: July 7, 2011

GREEN WELLING, P.C.

By: _____
Robert S. Green

GREEN WELLING, P.C.

FEDERMAN & SHERWOOD

Attorneys for Plaintiff
Joseph Stopa

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
RE: STAY, EXTENSION OF TIME TO
RESPOND AND CONTINUING CMC

4

CASE NO. 11-CV-02467-SC

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The above-captioned action is temporarily stayed until a consolidated and/or amended complaint is filed in *Cement Masons*.

2. Defendants shall have no obligation to respond to the Current Complaint at this time.

3. Plaintiff shall have until thirty (30) days after the date for the filing of a consolidated and/or amended complaint in *Cement Masons* to file an Amended Complaint or to designate his current complaint as the Operative Complaint.

4. Defendants shall have thirty (30) days after an Amended Complaint is filed or an Operative Complaint is designated to move, plead or otherwise respond to the Amended or Operative Complaint.

5. The case management conference presently scheduled for September 9, 2011 is continued to November 18, 2011, at 10:00 a.m.

Dated: 7/14/11



The Honorable Samuel Conti