GREEN WELLING P.C.
Robert S. Green
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
rsg@classcounsel.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STOPA, derivatively on behalf of Nominal Defendant, EQUINIX, INC., <br><br>Plaintiff,<br><br>vs.<br><br>STEVEN CLONTZ, GARY HROMADKO, SCOTT KRIENS, WILLIAM LUBY, IRVING LYONS, III, CHRISTOPHER PAISLEY, STEPHEN SMITH, PETER VAN CAMP,<br><br>Defendants.<br><br>and<br><br>EQUINIX, INC.,<br><br>Nominal Defendant. | Case No. 11-CV-02467-SC<br><br>Derivative Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION AND EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

This stipulation is entered into by and among plaintiff Joseph Stopa ("Plaintiff") and defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc. (collectively, "Defendants"), by and through their respective attorneys of record;

1

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, on May 20, 2011, Plaintiff filed a Verified Shareholder Derivative Complaint ("Current Complaint");

WHEREAS, pursuant to the parties' stipulation, this Court issued an order on October 18, 2011 temporarily staying proceedings in the above-captioned action until this Court rules on defendants' motion to dismiss the Amended Class Action Complaint in a related action, *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.), which is currently set for hearing on February 24, 2012;

WHEREAS, pursuant to the stipulated Order entered by the Court on October 18, 2011, plaintiff is to file an amended complaint in this action on or before November 23, 2011, but otherwise all proceedings are stayed pending resolution of the motion to dismiss in *Cement Masons*;

WHEREAS, Plaintiff in the above-captioned action has requested and Defendants have agreed, subject to approval of the Court, that Plaintiff have an additional twenty-one (21) days to file an Amended Complaint or designate the Current Complaint as the Operative Complaint;

WHEREAS, the parties agree that no other provision of the Order entered by the Court on October 18, 2011 should be modified;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. Plaintiff shall have through and including December 14, 2011 to file an Amended Complaint or designate the Current Complaint as the Operative Complaint.

2. In all other respects, the provisions of the Order issued by the Court on October

2

STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION AND EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT.

18, 2011 remain unchanged.

Dated: November 17, 2011

FENWICK & WEST LLP

By: /s/ Catherine Kevane
Catherine Kevane

FENWICK & WEST, LLP

*Attorneys for Defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc.*

Dated: November 1, 2011

GREEN WELLING, P.C.

By: /s/ Robert S. Green
Robert S. Green

GREEN WELLING, P.C.

FEDERMAN & SHERWOOD
William B. Federman
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Attorneys for Plaintiff Joseph Stopa*

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

3

**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION AND EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT.**

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. Plaintiff shall have through and including December 14, 2011 to file an Amended Complaint or designate the Current Complaint as the Operative Complaint.

2. In all other respects, the provisions of the Order issued by the Court on October 18, 2011 remain unchanged.

Dated: 11/18/11 _____



4

**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION AND EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT.**