1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CATHERINE KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  Attorneys for Defendants
   Steven Clontz, Gary Hromadko, Scott Kriens,
8  William Luby, Irving Lyons, III, Christopher
   Paisley, Stephen Smith, Peter Van Camp and
9  nominal defendant Equinix, Inc.

10
                 UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | JOSEPH STOPA, derivatively on behalf of Nominal Defendant, EQUINIX, INC., | Case No.  11-CV-02467-SC
   |                                                                          | Derivative Action
15 | Plaintiff,                                                               |
   |                                                                          | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]**
16 | vs.                                                                      | **ORDER CONTINUING CASE**
   |                                                                          | **MANAGEMENT CONFERENCE AND**
17 | STEVEN CLONTZ, GARY HROMADKO, SCOTT KRIENS, WILLIAM LUBY, | **RESETTING CERTAIN ADR**
18 | IRVING LYONS, III, CHRISTOPHER                                            | **DEADLINES**
   | PAISLEY, STEPHEN SMITH, PETER VAN                                         |
19 | CAMP,                                                                    |
20 | Defendants.                                                              |
21 | and                                                                      |
22 | EQUINIX, INC.,                                                           |
23 | Nominal Defendant.                                                       |

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

This stipulation is entered into by and among plaintiff Joseph Stopa ("Plaintiff") and defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc. (collectively, "Defendants"), by and through their respective attorneys of record;

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, this action has been deemed related to a putative shareholder class action complaint, entitled *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.) ("*Cement Masons*"), which is currently pending in this Court against Equinix and certain officers and directors under the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, plaintiff in the *Cement Masons* case filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Class Action Complaint") on September 22, 2011, defendants filed a motion to dismiss the *Cement Masons'* Amended Class Action Complaint on November 7, 2011, and that motion has been fully briefed and taken under submission by the Court;

WHEREAS, the operative complaint in this action is an Amended Complaint filed on December 14, 2011;

WHEREAS, pursuant to stipulation of the parties, the Court has entered orders on July 14, 2011 and October 18, 2011 temporarily staying proceedings in this action pending a ruling on the motion to dismiss in *Cement Masons*;

WHEREAS, pursuant to this Court's orders, Defendants have no obligation to move, plead or otherwise respond to Plaintiffs' Amended Complaint until after this Court rules on defendants' motion to dismiss the *Cement Masons* Amended Class Action Complaint;

WHEREAS, because the Court has not yet issued an order on defendants' motion to dismiss the *Cement Masons'* Amended Class Action Complaint, this case currently remains stayed and Defendants have not yet responded to the Amended Complaint herein;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    WHEREAS, a case management conference is currently set for March 16, 2012;

2    WHEREAS, in light of the status of this action, the parties believe that a case management
3    conference at this point would serve no purpose and would result in the needless expenditure of
4    private and judicial resources, and that the initial case management conference in this action
5    should be continued and have conferred with the Court and have been informed that May 25,
6    2012 at 10:00 a.m. is a convenient date for the case management conference;

7    WHEREAS, on May 20, 2011, the Court in the above-captioned action issued an Order
8    Setting Initial Case Management Conference and ADR Deadlines, requiring that the parties meet
9    and confer regarding ADR process selection, file ADR Certifications and either stipulate to an
10   ADR Process or file a Notice of Need for ADR Phone Conference by August 9, 2011 (the "ADR
11   deadlines");

12   WHEREAS, in light of the stay, the parties also believe that the ADR deadlines should
13   also be continued to thirty (30) days after the stay is lifted;

14   IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
15   Parties, that:

16   1.   The case management conference presently scheduled for March 16, 2012 is
17   continued to May 25, 2012, at 10:00 a.m.

18   2.   The parties will file a Joint Case Management Conference Statement seven (7)
19   days prior to the case management conference.

20   3.   The ADR deadlines are continued to thirty (30) days after the stay is lifted.

21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIP. AND [PROPOSED] ORDER
CONTINUING CMC AND RESETTING            2            CASE NO. 11-CV-02467-SC
CERTAIN ADR DEADLINES

1  Dated: March 1, 2012            FENWICK & WEST LLP

2                                  By:      /s/ Catherine Kevane
                                            Catherine Kevane
3
                                   FENWICK & WEST, LLP
4
                                   Attorneys for Defendants Steven Clontz, Gary
5                                  Hromadko, Scott Kriens, William Luby, Irving
                                   Lyons, III, Christopher Paisley, Stephen Smith,
6                                  Peter Van Camp and nominal defendant Equinix,
                                   Inc.
7

8  Dated: March 1, 2012

9                                  GREEN WELLING, P.C.

10                                 By:      /s/ Robert S. Green
                                            Robert S. Green
11
                                   GREEN WELLING, P.C.
12
                                   FEDERMAN & SHERWOOD
13
                                   Attorneys for Plaintiff
14                                 Joseph Stopa

15

16      Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing

17  of this stipulation.

STIP. AND [PROPOSED] ORDER
CONTINUING CMC AND RESETTING                3                    CASE NO. 11-CV-02467-SC
CERTAIN ADR DEADLINES

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The case management conference presently scheduled for March 16, 2012 is continued to May 25, 2012 at 10:00 a.m.

2. The parties will file a Joint Case Management Conference Statement seven (7) days prior to the case management conference.

3. The ADR deadlines are continued to thirty (30) days after the stay is lifted.

Dated: 3/2/12  _____   _____ Samuel Conti



IT IS SO ORDERED
Judge Samuel Conti

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. AND [PROPOSED] ORDER
CONTINUING CMC AND RESETTING        4        CASE NO. 11-CV-02467-SC
CERTAIN ADR DEADLINES