1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CATHERINE KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  Attorneys for Defendants
   Steven Clontz, Gary Hromadko, Scott Kriens,
8  William Luby, Irving Lyons, III, Christopher
   Paisley, Stephen Smith, Peter Van Camp and
9  nominal defendant Equinix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STOPA, derivatively on behalf of Nominal Defendant, EQUINIX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN CLONTZ, GARY HROMADKO, SCOTT KRIENS, WILLIAM LUBY, IRVING LYONS, III, CHRISTOPHER PAISLEY, STEPHEN SMITH, PETER VAN CAMP,<br><br>Defendants.<br><br>and<br><br>EQUINIX, INC.,<br><br>Nominal Defendant. | Case No.  11-CV-02467-SC<br><br>Derivative Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION** |

This stipulation is entered into by and among plaintiff Joseph Stopa ("Plaintiff") and defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc.

(collectively, "Defendants"), by and through their respective attorneys of record;

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, this action has been deemed related to a putative shareholder class action complaint, entitled *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.) ("*Cement Masons*"), which is currently pending in this Court against Equinix and certain officers and directors under the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, plaintiff in the *Cement Masons* case filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Class Action Complaint") on September 22, 2011 and defendants filed a motion to dismiss the *Cement Masons'* Amended Class Action Complaint on November 7, 2011;

WHEREAS, the operative complaint in this action is an Amended Complaint filed on December 14, 2011;

WHEREAS, pursuant to stipulation of the parties, the Court has entered orders on July 14, 2011 and October 18, 2011 temporarily staying proceedings in this action pending a ruling on the motion to dismiss in *Cement Masons*;

WHEREAS, on March 2, 2012, this Court granted defendants' motion to dismiss the *Cement Masons* Amended Class Action Complaint and provided plaintiffs in the *Cement Masons* action thirty (30) days within which to amend the Amended Class Action Complaint (the "Second Amended Class Action Complaint");

WHEREAS, pursuant to stipulation of the parties in *Cement Masons*, the court entered an order extending the time in which the *Cement Masons* plaintiffs must file their Second Amended Class Action Complaint until May 2, 2012;

WHEREAS, if the plaintiffs in *Cement Masons* choose to file the Second Amended Class Action Complaint, defendants in *Cement Masons* intend to move to dismiss any such complaint;

WHEREAS, in an effort to assure consistent rulings and decisions, promote coordination

1  between the related federal shareholder class action and this putative shareholder derivative
2  action, avoid needless motion practice, avoid unnecessary duplication of effort, and conserve the
3  Court's and parties' resources, the parties have agreed to continue the temporary stay of litigation
4  in the above-captioned action until thirty (30) days after either: (i) the plaintiffs in *Cement*
5  *Masons* file the Second Amended Class Action Complaint and the Court rules on any motion to
6  dismiss that Second Amended Class Action Complaint; or (ii) the time for the *Cement Masons*
7  plaintiffs to file the Second Amended Class Action Complaint lapses without any such complaint
8  having been filed;

9      WHEREAS, the parties to the above-captioned action will file a stipulation (the
10 "Stipulation") setting forth a briefing schedule on Plaintiff's Amended Complaint within thirty
11 (30) days after either of the following occurs: (i) the *Cement Masons* plaintiffs file the Second
12 Amended Class Action Complaint and the Court rules on any motion to dismiss that Second
13 Amended Class Action Complaint; or (ii) the time for the *Cement Masons* plaintiffs to file the
14 Second Amended Class Action Complaint lapses without any such complaint having been filed;

15     WHEREAS, Defendants shall have no obligation to respond the to the Amended
16 Complaint in the above-captioned action until after the Stipulation on the briefing schedule is
17 filed;

18     IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
19 Parties, that:

20     1.    The parties agree to continue the temporary stay in the above-captioned action
21 until thirty (30) days after either (i) the plaintiffs in *Cement Masons* file the Second Amended
22 Class Action Complaint and the Court rules on any motion to dismiss that Second Amended
23 Class Action Complaint; or (ii) the time for the *Cement Masons* plaintiffs to file the Second
24 Amended Class Action Complaint lapses without any such complaint having been filed.

25     2.    The parties to the above-captioned action will file a stipulation setting forth a
26 briefing schedule on Plaintiff's Amended Complaint within thirty (30) days after either of the
27 following occurs: (i) the *Cement Masons* plaintiffs file the Second Amended Class Action
28 Complaint and the Court rules on any motion to dismiss that Second Amended Class Action

1 Complaint; or (ii) the time for the *Cement Masons* plaintiffs to file the Second Amended Class Action Complaint lapses without any such complaint having been filed.

3. Defendants shall have no obligation to respond to the Amended Complaint in the above-captioned action until after the Stipulation setting forth a briefing schedule is filed.

Dated: March 27, 2012    FENWICK & WEST LLP

By:    /s/ Catherine Kevane
           Catherine Kevane

FENWICK & WEST, LLP

Attorneys for Defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc.

Dated: March 27, 2012    GREEN WELLING, P.C.

By:    /s/ Robert S. Green
           Robert S. Green

GREEN WELLING, P.C.

FEDERMAN & SHERWOOD

Attorneys for Plaintiff
Joseph Stopa

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The parties agree to continue the temporary stay in the above-captioned action until thirty (30) days after either (i) the plaintiffs in *Cement Masons* file the Second Amended Class Action Complaint and the Court rules on any motion to dismiss that Second Amended Class Action Complaint; or (ii) the time for the *Cement Masons* plaintiffs to file the Second Amended Class Action Complaint lapses without any such complaint having been filed.

2. The parties to the above-captioned action will file a stipulation setting forth a briefing schedule on Plaintiff's Amended Complaint within thirty (30) days after either of the following occurs: (i) the *Cement Masons* plaintiffs file the Second Amended Class Action Complaint and the Court rules on any motion to dismiss that Second Amended Class Action Complaint; or (ii) the time for the *Cement Masons* plaintiffs to file the Second Amended Class Action Complaint lapses without any such complaint having been filed.

3. Defendants shall have no obligation to respond to the Amended Complaint in the above-captioned action until after the Stipulation setting forth a briefing schedule is filed.

Dated: _____April 2, 2012_____  _____
                                         The Honorable Samuel Conti

STIP. AND [~~PROPOSED~~] ORDER RE TEMPORARY STAY OF LITIGATION     5     CASE NO. 11-CV-02467-SC