1    KEVIN P. MUCK (CSB No. 120918)
     kmuck@fenwick.com
2    CATHERINE KEVANE (CSB No. 215501)
     ckevane@fenwick.com
3    MARIE C. BAFUS (CSB No. 258417)
     mbafus@fenwick.com
4    FENWICK & WEST LLP
     555 California Street, 12th Floor
5    San Francisco, CA  94104
     Telephone:    (415) 875-2300
6    Facsimile:    (415) 281-1350

7    Attorneys for Defendants
     Steven Clontz, Gary Hromadko, Scott Kriens,
8    William Luby, Irving Lyons, III, Christopher
     Paisley, Stephen Smith, Peter Van Camp and
9    nominal defendant Equinix, Inc.

10

                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13

14   JOSEPH STOPA, derivatively on behalf of         Case No.  11-CV-02467-SC
     Nominal Defendant, EQUINIX, INC.,
15                                                    Derivative Action
                         Plaintiff,
16                                                    STIPULATION AND [PROPOSED]
          vs.                                         ORDER CONTINUING CASE
17                                                    MANAGEMENT CONFERENCE
     STEVEN CLONTZ, GARY HROMADKO,
18   SCOTT KRIENS, WILLIAM LUBY,
     IRVING LYONS, III, CHRISTOPHER
19   PAISLEY, STEPHEN SMITH, PETER VAN
     CAMP,
20
                         Defendants.
21
          and
22
     EQUINIX, INC.,
23
                         Nominal Defendant.
24

25

26

27

28

     STIP. AND [PROPOSED] ORDER
     CONTINUING CMC                                          CASE NO. 11-CV-02467-SC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

This stipulation is entered into by and among plaintiff Joseph Stopa ("Plaintiff") and defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc. (collectively, "Defendants"), by and through their respective attorneys of record;

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, this action has been deemed related to a putative shareholder class action complaint, entitled *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.) ("*Cement Masons*"), which is currently pending in this Court against Equinix and certain officers and directors under the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, plaintiff in the *Cement Masons* case filed a Third Amended Complaint for Violation of the Federal Securities Laws ("Third Amended Class Action Complaint") on January 15, 2013;

WHEREAS, on June 4, 2013, the Court notified the parties in *Cement Masons* that defendants' motion to dismiss the *Cement Masons* Third Amended Class Action Complaint would be decided on the papers without oral argument;

WHEREAS, the Court has not yet issued an order on defendants' motion to dismiss in *Cement Masons*;

WHEREAS, the operative complaint in this action is an Amended Complaint filed on December 14, 2011;

WHEREAS, pursuant to stipulation of the parties, the Court has entered an order on January 7, 2013, temporarily staying proceedings in this action pending a ruling on the motion to dismiss in *Cement Masons*;

WHEREAS, pursuant to this Court's order, Defendants have no obligation to move, plead or otherwise respond to Plaintiffs' Amended Complaint until after this Court rules on defendants' motion to dismiss the *Cement Masons* Third Amended Class Action Complaint;

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      WHEREAS, because the Court has not yet issued an order on defendants' motion to

2  dismiss the *Cement Masons'* Third Amended Class Action Complaint, this case currently remains

3  stayed and Defendants have not yet responded to the Amended Complaint herein;

4      WHEREAS, a Case Management Conference is currently set for June 21, 2013;

5      WHEREAS, in light of the status of this action, the parties believe that a Case

6  Management Conference at this point would serve no purpose and would result in the needless

7  expenditure of private and judicial resources, and that the Case Management Conference in this

8  action should be continued;

9      WHEREAS, the parties have conferred with the Court and have been informed that

10  August 23, 2013, at 10:00 a.m. is a convenient date for the Case Management Conference;

11      IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the

12  parties, that:

13      1.      The Case Management Conference presently scheduled for June 21, 2013 is

14  continued to August 23, 2013, at 10:00 a.m.

15      2.      The parties will file a Joint Case Management Conference Statement seven (7)

16  days prior to the Case Management Conference.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated: June 11, 2013 | FENWICK & WEST LLP |
| | By:_____/s/ *Marie Bafus*_____ |
| | Marie Bafus |
| | FENWICK & WEST, LLP |
| | Attorneys for Defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc. |
| Dated: June 11, 2013 | GREEN& NOBLIN, P.C. |
| | By:_____/s/ *Robert S. Green*_____ |
| | Robert S. Green |
| | GREEN & NOBLIN, P.C. |
| | FEDERMAN & SHERWOOD |
| | Attorneys for Plaintiff |
| | Joseph Stopa |

Pursuant to Civil Local Rule 5-1(i)(3), all of the signatories concur in the filing of this stipulation.

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1.      The Case Management Conference presently scheduled for June 21, 2013 is continued to August 23, 2013, at 10:00 a.m.

2.      The parties will file a Joint Case Management Conference Statement seven (7) days prior to the Case Management Conference.

Dated: ___06/12/2013_____      _____ e. Conti

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO