1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CATHERINE KEVANE (CSB No. 215501)
   ckevane@fenwick.com
3  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:   (415) 281-1350

7  Attorneys for Defendants
   Steven Clontz, Gary Hromadko, Scott Kriens,
8  William Luby, Irving Lyons, III, Christopher
   Paisley, Stephen Smith, Peter Van Camp and
9  nominal defendant Equinix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STOPA, derivatively on behalf of Nominal Defendant, EQUINIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN CLONTZ, GARY HROMADKO, SCOTT KRIENS, WILLIAM LUBY, IRVING LYONS, III, CHRISTOPHER PAISLEY, STEPHEN SMITH, PETER VAN CAMP, <br><br> Defendants. <br><br> and <br><br> EQUINIX, INC., <br><br> Nominal Defendant. | Case No.  11-CV-02467-SC <br><br> <u>Derivative Action</u> <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff Joseph Stopa ("Plaintiff") and defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and nominal defendant Equinix, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, presently pending before this Court is Plaintiff's putative shareholder derivative action against certain officers and directors of Equinix, Inc. ("Equinix" or the "Company") and against nominal defendant Equinix;

WHEREAS, the operative complaint in this action is an Amended Complaint filed on December 14, 2011;

WHEREAS, this action has been deemed related to a putative shareholder class action complaint, entitled *Cement Masons & Plasterers Joint Pension Trust v. Equinix, Inc., et al.*, Case No. 11-CV-01016-SC (N.D. Cal.) ("*Cement Masons*"), which was pending in this Court against Equinix and certain officers and directors under the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, by the parties' stipulation and order of the Court, entered January 7, 2013, all proceedings in this action have been stayed pending further developments in *Cement Masons*;

WHEREAS, on June 12, 2013, the Court issued an order granting defendants' motion to dismiss with prejudice the Third Amended Complaint in *Cement Masons*;

WHEREAS, on July 3, 2013, plaintiffs in *Cement Masons* stipulated that they would not appeal any order entered in *Cement Masons*, including the order granting defendants' motion to dismiss with prejudice the Third Amended Complaint in that action;

WHEREAS, in light of the foregoing, the parties to this action have met and conferred and believe that this action should similarly be dismissed with prejudice, with all parties waiving any rights to appeal from any aspect of this action;

WHEREAS, Plaintiffs and Defendants agree that all parties will bear their own fees and costs incurred in connection with this litigation;

///
///

STIP. AND [PROPOSED] ORDER RE DISMISSAL     1     CASE NO. 11-CV-02467-SC

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, subject to approval by the Court, that:

1. This action shall be dismissed in its entirety with prejudice, with all parties waiving any rights to appeal from any aspect of this action;

2. Plaintiff and Defendants will bear their own fees and costs; and

3. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

| | | |
|---|---|---|
| Dated: July 9, 2013 | | FENWICK & WEST LLP |
| | | By: /s/ *Kevin P. Muck* |
| | | Kevin P. Muck |
| | | FENWICK & WEST, LLP |
| | | Attorneys for Defendants Steven Clontz, Gary Hromadko, Scott Kriens, William Luby, Irving Lyons, III, Christopher Paisley, Stephen Smith, Peter Van Camp and Nominal Defendant Equinix, Inc. |
| Dated: July 9, 2013 | | GREEN & NOBLIN, P.C. <br> FEDERMAN & SHERWOOD |
| | | By: /s/ *Robert S. Green* |
| | | Robert S. Green |
| | | Attorneys for Plaintiff Joseph Stopa |

Pursuant to Civil Local Rule 5-1(i)(3), all of the signatories concur in the filing of this stipulation.

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. This action shall be dismissed in its entirety with prejudice, with all parties waiving any rights to appeal from any aspect of this action;

2. Plaintiff and Defendants will bear their own fees and costs; and

3. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

Dated: 07/10/2013

_____
Samuel Conti
District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]